[No. 11584–7–I.   Division One.   November 22, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT
GARCIA, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DEAN BOTTGER, *Appellant.*

Appeal from judgments of the Superior Court for King
County, Nos. 82–8–00041–0, 82–8–00964–6, Jack Richey
and Maurice Epstein, JJ. Pro Tem., entered March 18 and
June 10, 1982. *Reversed* by unpublished per curiam opin-
ion.

[No. 9305–3–I.   Division One.   November 22, 1982.]

DONALD N. McDONALD, ET AL, *Appellants*, v. QUEEN
CITY SAVINGS & LOAN ASSOCIATION, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 814718, David W. Soukup, J., entered Septem-
ber 15, 1980. *Affirmed* by unpublished opinion per Durham,
A.C.J., concurred in by Callow and Ringold, JJ.

[No. 9713–0–I.   Division One.   November 22, 1982.]

VINCENT T. LOMBARD, *Appellant*, v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 79–2–00729–3, Frank J. Eberharter, J., entered
November 24, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Ringold and Scholfield, JJ.